**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**TERAYSA GOODWAY, et al.,**

    **Plaintiffs,**

**v.**                                  **Case No. 5:25cv312-MCR/MJF**

**CHARLES DILLINGHAM,**

    **Defendant.**

_____/

## <u>ORDER</u>

The Magistrate Judge issued a Report and Recommendation dated April 13, 2026. ECF No. 11. The Court has furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The Magistrate Judge's Report and Recommendation, ECF No. 11, is adopted and incorporated by reference in this order.

2.      This case is **REMANDED** to the Fourteenth Judicial Circuit Court for Bay County, Florida.

3.     The clerk of the court is directed to take all necessary steps to effectuate the remand and to close this case file.

**DONE AND ORDERED** this 7th day of August 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**